Date: 11/20/2008
Time: 03:52 PM
Page 1 of 1

Case 1:08-cv-00114-RFC   Document 4   Filed 11/21/08   Page 1 of 1

User: KSTEARNS

Yellowstone County District Court
Case Register Report
DV-56-2008-0000417-PI

**Denice D Fabrizius, etal. vs. Keith R. Shultz, etal.**

FILED
BILLINGS DIV.
2008 NOV 21 PM 4 05
PATRICK E. [illegible], CLERK
BY _____
DEPUTY CLERK

CV-08-114-BLG-RFC

Filed: 3/20/2008
Subtype: Personal Injury/Death

**Status History**
Open                                3/20/2008

**Plaintiffs**

Pl. no. 1    Fabrizius, Denice D
  **Attorneys**
  Paoli, David Robert              (Primary attorney)    Send Notices

Pl. no. 2    Fabrizius, William
  **Attorneys**
  Paoli, David Robert              (Primary attorney)    Send Notices

**Defendants**

Def. no. 1   Shultz, Keith R.
Def. no. 2   Yellowstone Surgery Center,

**Judge History**

| Date | Judge | Reason for Removal |
|---|---|---|
| 3/20/2008 | Gustafson, Ingrid | Current |

**Register of Actions**

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 03/21/2008 | 03/20/2008 | Complaint and Demand for Jury Trial | Gustafson, Ingrid |
| 2.000 | 04/02/2008 | 03/28/2008 | Summons Issued | Gustafson, Ingrid |
| 3.000 | 04/02/2008 | 03/28/2008 | Summons Issued | Gustafson, Ingrid |
| 4.000 | 11/20/2008 | 11/18/2008 | Notice & Acknowledgment of Service (Richard Gillespie) | Gustafson, Ingrid |
| 5.000 | 11/20/2008 | 11/18/2008 | Notice & Acknowledgment of Service (John Russell) | Gustafson, Ingrid |