David R. Paoli
Paoli, Latino & Kutzman, P.C.
257 West Front Street, suite A
P.O. Box 8131
Missoula, MT 59802
Telephone: (406) 542-3330

Stephen D. Ochs, M.D., J.D.
805 South Reserve St.
Missoula, MT 59804

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| DENISE FABRIZIUS and WILLIAM FABRIZIUS,<br>       Plaintiffs,<br><br>vs.<br><br>DR. KEITH R. SHULTZ, M.D., YELLOWSTONE SURGERY CENTER, DOES 1 through X, and DOES 1 through X, inclusive,<br><br>       Defendants. | Cause No.: 08-114-BLG-RFC<br><br>**Plaintiff's Motion for Partial Summary Judgment Regarding Yellowstone Surgery Center's Liability for the Actions of Dr. Keith Shultz** |

Plaintiffs Denise Fabrizius and William Fabrizius hereby move this Court for partial summary judgment finding Yellowstone Surgery Center ("YSC") is liable for the actions of Dr. Keith R. Shultz while performing his duties at Yellowstone Surgery Center. This motion is supported by Plaintiffs' Brief in Support.
Plaintiff's Motion for Partial Summary Judgment - 1

The undersigned has contacted counsel for Defendant YSC and he objects to this motion.

Dated this 31st day of August, 2009.

  /s/ David R. Paoli           .
David Paoli
Paoli, Latino, Kutzman, P.C.
257 West Front Street
P. O. Box 8131
Missoula, MT 59802
*Attorney for Plaintiffs*