John J. Russell
Lisa A. Speare
BROWN LAW FIRM, P.C.
315 North 24th Street
Billings, MT 59103-0849
Telephone (406) 248-2611
Facsimile (406) 248-3128
*Attorneys for Defendant Keith R. Shultz, M.D.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | | |
|---|---|---|
| DENISE FABRIZIUS and WILLIAM FABRIZIUS, | ) ) ) | Cause No. 08-114-BLG-RFC |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **STIPULATED SPECIAL VERDICT FORM** |
| KEITH R. SHULTZ, M.D., | ) ) | |
| Defendant. | ) | |

Defendant submits the attached Special Verdict form to which Plaintiffs and Defendant have stipulated.

Dated this 26th day of April, 2010.

                                               By:  /s/ Lisa A. Speare
                                                        LISA A. SPEARE
                                                        BROWN LAW FIRM, P.C.
                                                        *Attorney for Defendant Keith R. Shultz, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2010, a copy of the foregoing Stipulated Special Verdict Form was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| 4 | Mail | ____ | Overnight Delivery Services |

1. **Clerk, U.S. District Court**

2. **David Paoli**
   Paoli, Latino, Kutzman & Jasper
   257 West Front Street
   P. O. Box 8131
   Missoula, MT 59802

3. **Stephen Ochs, M.D., J.D.**
   805 South Reserve Street
   Missoula, MT 59804

4. **Colin M. Simpson**
   Simpson, Kepler & Edwards, LLC
   P.O. Box 490
   Cody, WY 82414

BY  /s/ Lisa A. Speare
LISA A. SPEARE
BROWN LAW FIRM, P.C.
*Attorneys for Keith R. Shultz, M.D.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | | |
|---|---|---|
| DENISE FABRIZIUS and WILLIAM FABRIZIUS, | ) ) ) | Cause No. 08-114-BLG-RFC |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **SPECIAL VERDICT** |
| KEITH R. SHULTZ, M.D., | ) ) | |
| Defendant. | ) | |

**All six (6) of your number must decide and agree on each of the following questions.**

WE, THE JURY, ANSWER THE FOLLOWING QUESTIONS:

1

**QUESTION NO. 1:**     Was Dr. Shultz negligent?

**ANSWER:**

    Yes _____     No _____

**(NOTE TO JURORS:)**

If you have answered Question No. 1 "NO," then do not answer any further questions. The foreperson should sign the Special Verdict form on page 3. The bailiff should be notified that the jury has concluded its deliberations and reached a verdict. The bailiff will then notify the Judge and return you to the courtroom.

If you have answered Question No. 1 "YES," then you must answer Question No. 2.

**QUESTION NO. 2**: Was Dr. Shultz's negligence a cause of the injury to Denise Fabrizius?

**ANSWER:**

    Yes _____     No _____

If you have answered Question No. 2 and your answer is "NO," do not answer any further questions. The foreperson should sign the Special Verdict form on page 3. The bailiff should be notified that the jury has concluded its deliberations and reached a verdict. The bailiff will then notify the Judge and return you to the courtroom.

2

If you have answered Question No. 2 and your answer was "YES," then you must answer Question No. 3.

**QUESTION NO. 3:** What is the amount of Plaintiffs' damages?

**ANSWER:**

| | |
|---|---|
| Past medical care, treatment and services | $_____ |
| Future medical care, treatment and services | $_____ |
| Past lost earnings | $_____ |
| Future lost earnings | $_____ |
| Past loss of household services | $_____ |
| Future loss of household services | $_____ |
| Loss of enjoyment of life | $_____ |
| Physical pain and emotional pain and suffering | $_____ |
| Billy Fabrizius' loss of consortium | $_____ |
| **TOTAL** | $_____ |

After answering the questions, date and sign the Special Verdict form and contact the bailiff.

DATED this _____ day of May, 2010.

_____
FOREPERSON