

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | | |
|---|---|---|
| DENISE FABRIZIUS and<br>WILLIAM FABRIZIUS, | ) | Cause No. 08-114-BLG-RFC |
| Plaintiffs, | ) ) ) | |
| v. | ) | **SPECIAL VERDICT** |
| KEITH R. SHULTZ, M.D., | ) ) ) | |
| Defendant. | ) | |

All seven (7) of your number must decide and agree on each of the following questions.

WE, THE JURY, ANSWER THE FOLLOWING QUESTIONS:

1

**QUESTION NO. 1:**     Was Dr. Shultz negligent?

**ANSWER:**

      Yes _____     No ___✓___

**(NOTE TO JURORS:)**

If you have answered Question No. 1 "NO," then do not answer any further questions. The foreperson should sign the Special Verdict form on page 3. The bailiff should be notified that the jury has concluded its deliberations and reached a verdict. The bailiff will then notify the Judge and return you to the courtroom.

If you have answered Question No. 1 "YES," then you must answer Question No. 2.

**QUESTION NO. 2:**     Was Dr. Shultz's negligence a cause of the injury to Denise Fabrizius?

**ANSWER:**

      Yes _____     No _____

**(NOTE TO JURORS:)**

If you have answered Question No. 2 and your answer is "NO," do not answer any further questions. The foreperson should sign the Special Verdict form on page 3. The bailiff should be notified that the jury has concluded its deliberations and reached a verdict. The bailiff will then notify the Judge and return you to the courtroom.

If you have answered Question No. 2 and your answer was "YES," then you must answer Question No. 3.

**QUESTION NO. 3:**     What is the amount of Plaintiffs' damages?

**ANSWER:**

| | |
|---|---|
| Past medical care, treatment and services | $ _____ |
| Future medical care, treatment and services | $ _____ |
| Past lost earnings | $ _____ |
| Future lost earnings | $ _____ |
| Past loss of household services | $ _____ |
| Future loss of household services | $ _____ |
| Loss of enjoyment of life | $ _____ |
| Physical pain and emotional pain and suffering | $ _____ |
| Billy Fabrizius' loss of consortium | $ _____ |
| **TOTAL** | $ _____ |

After answering the questions, date and sign the Special Verdict form and contact the bailiff.

DATED this __18th__ day of May, 2010.

_____
FOREPERSON

3