Case 1:08-cv-00114-RFC   Document 161   Filed 05/18/10   Page 1 of 11
DEPOSITION OF Melanie Henry, M.D., TAKEN ON TUESDAY, OCTOBER 13, 2009

Page 1

FILED
BILLINGS DIV.
2010 MAY 18 AM 7 53
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

Billings DIVISION

DENICE D. FABRIZIUS and

WILLIAM FABRIZIUS,

        Plaintiffs,

  vs                    Case No: 08-114-BLG-RFC

KEITH R. SHULTZ, M.D.,

YELLOWSTONE SURGERY

CENTER, DOES 1 THROUGH

X, and ROE CORPORATIONS

I through X, inclusive,

        Defendants.

               /


DEPOSITION OF DR. MELANIE HENRY

SAN FRANCISCO, CALIFORNIA

TUESDAY, OCTOBER 13, 2009


**ORIGINAL**


REPORTED BY:   E. BRUIHL, RPR, CSR NO. 3077

A REGISTERED PROFESSIONAL REPORTER

IN RE:

**CONDENSED COPY**

FILED
BILLINGS DIV.
2010 MAY 18 AM 7 53
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# FABRIZIUS, ET AL.
# V.
# SHULTZ, ET AL.

## DEPOSITION OF
## MICHAEL COPELAND, M.D.

## MONDAY, MAY 18, 2009

GRAF COURT REPORTING
2704 HIGHLAND PARK PLACE
BILLINGS, MONTANA 59102
(406) 254-2576

ORIGINAL

```
                                                    FILED
                                                    BILLINGS DIV.
 1        IN THE UNITED STATES DISTRICT COURT
                                                    2010 MAY 18  AM 7 53
 2           FOR THE DISTRICT OF MONTANA
                                                    PATRICK E. DUFFY, CLERK
 3              Cause No. 08-114-BLG-RFC
                                                    BY_____
 4                                                    DEPUTY CLERK

 5   DENICE D. FABRIZIUS and          )

 6   WILLIAM FABRIZIUS,               )

 7                                    )

 8       Plaintiffs,                  )

 9                                    )

10   Vs.                              )

11                                    )

12   KEITH R. SHULTZ, M.D.,           )

13   YELLOWSTONE SURGERY CENTER,      )

14   DOES I through X, and ROE        )

15   CORPORATIONS I through X,        )

16   inclusive,                       )

17                                    )

18       Defendants.                  )

19

20       Videotape deposition of DR. MARY NEAL, taken

21   September 24th, 2009 by the Plaintiffs at Spine

22   Care of Jackson Hole, 945 West Broadway, Jackson,

23   Wyoming.

24             JACKSON HOLE COURT REPORTING

25                   307 733-2637
```

SITION OF Stuart Eisendrath, M.D., TAKEN ON TUESDAY, OCTOBER 13, 2009

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

Billings DIVISION

FILED
BILLINGS DIV.
2010 MAY 18 AM 7 53
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

DENICE D. FABRIZIUS and

WILLIAM FABRIZIUS,

        Plaintiffs,

  vs                     Case No: 08-114-BLG-RFC

KEITH R. SHULTZ, M.D.,

YELLOWSTONE SURGERY

CENTER, DOES 1 THROUGH

X, and ROE CORPORATIONS

I through X, inclusive,

        Defendants.

                  /

DEPOSITION OF DR. STUART EISENDRATH

SAN FRANCISCO, CALIFORNIA

TUESDAY, OCTOBER 13, 2009

**ORIGINAL**

REPORTED BY:   E. BRUIHL, RPR, CSR NO. 3077

A REGISTERED PROFESSIONAL REPORTER

STAR REPORTING SERVICE, INC.   (415) 348-0050

TION OF MICHAEL ROWBOTHAM, M.D., TAKEN ON THURSDAY, OCTOBER 8, 2009

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
BILLINGS DIV.
2010 MAY 18 AM 7 53
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

DENICE D. FABRIZIUS and

WILLIAM FABRIZIUS,

        Plaintiffs,

  vs                  Case No: 08-114-BLG-RFC

KEITH R. SHULTZ, M.D.,

YELLOWSTONE SURGERY

CENTER, DOES 1 THROUGH

X, and ROE CORPORATIONS

I through X, inclusive,

        Defendants.

               /

DEPOSITION OF DR. MICHAEL ROWBOTHAM

SAN FRANCISCO, CALIFORNIA

THURSDAY, OCTOBER 8, 2009

**ORIGINAL**

REPORTED BY:   E. BRUIHL, RPR, CSR NO. 3077

A REGISTERED PROFESSIONAL REPORTER

STAR REPORTING SERVICE, INC.   (415) 348-0050

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DENICE D. FABRIZIUS and WILLIAM FABRIZIUS, <br><br>       Plaintiffs, <br><br>   v. <br><br> KEITH R. SHULTZ, M.D., YELLOWSTONE SURGERY CENTER, DOES 1 through X, and ROE CORPORATIONS I through X, inclusive, <br><br>       Defendants. | ) Cause No. <br> ) 08-114-BLG-RFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FILED**
BILLINGS DIV.
2010 MAY 18 AM 7 53
PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

**ORIGINAL**

VIDEOTAPED DEPOSITION OF

ANNE WALD

Taken at Brown Law Firm
315 North 24th Street
Billings, Montana 59101

Tuesday, February 17, 2009
1:53 p.m. - 3:19 p.m.

**GRAF COURT REPORTING**
2704 Highland Park Place
Billings, Montana 59102
(406) 254-2576

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
BILLINGS DIV.
2010 MAY 18 AM 7 54
PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

DENICE D. FABRIZIUS and ) Cause No.
WILLIAM FABRIZIUS, ) 08-114-BLG-RFC
        Plaintiffs,)
)
v. )
)
KEITH R. SHULTZ, M.D., )
YELLOWSTONE SURGERY CENTER, )
DOES 1 through X, and ROE )
CORPORATIONS I through X, )
inclusive, )
        Defendants.)

**ORIGINAL**

VIDEOTAPED DEPOSITION OF

TERESA HARRIS

Taken at Brown Law Firm
315 North 24th Street
Billings, Montana 59101

Tuesday, February 17, 2009
3:38 p.m. - 5:20 p.m.

**GRAF COURT REPORTING**
**2704 Highland Park Place**
**Billings, Montana 59102**
**(406) 254-2576**

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MONTANA
                BILLINGS DIVISION
```

DENICE D. FABRIZIUS and      ) Cause No.
WILLIAM FABRIZIUS,           ) 08-114-BLG-RFC
            Plaintiffs,      )
                             )
    v.                       )
                             )
KEITH R. SHULTZ, M.D.,       )
YELLOWSTONE SURGERY CENTER,  )
DOES 1 through X, and ROE    )
CORPORATIONS I through X,    )
inclusive,                   )
            Defendants.      )

FILED
BILLINGS DIV.
2010 MAY 18 AM 7 53
PATRICK E. DUFFY, CLERK
BY _____
    DEPUTY CLERK

**ORIGINAL**

VIDEOTAPED DEPOSITION OF

KEITH R. SHULTZ, M.D.

Taken at Brown Law Firm
315 North 24th Street
Billings, Montana 59101

Wednesday, February 18, 2009
9:04 a.m. - 2:31 p.m.

**GRAF COURT REPORTING**
**2704 Highland Park Place**
**Billings, Montana 59102**
**(406) 254-2576**

1

Cause No.: 08-114-BLG-RFC

Honorable Richard F. Cebull

------------------------------------------------

VIDEOTAPED DEPOSITION OF HELEN WOODARD, M.A.

May 3, 2010

------------------------------------------------

DENICE D. FABRIZIUS and WILLIAM FABRIZIUS,

Plaintiffs,

vs.

KEITH R. SHULTZ, M.D.,

Defendant.

------------------------------------------------

PURSUANT TO NOTICE, the videotaped deposition of HELEN WOODARD, M.A. was taken on behalf of the Plaintiffs pursuant to the Federal Rules of Civil Procedure, at 1435 Reed Street, Lakewood, Colorado, this date at 9:07 a.m., before Cindy Elliott, Registered Professional Reporter, CSR and Notary Public.

RESLING REPORTING SERVICES

Cause No.: 08-114-BLG-RFC

Honorable Richard F. Cebull

FILED
BILLINGS DIV
2010 MAY 18 AM 7:54
PATRICK E. DUFFY, CLERK
BY
DEPUTY CLERK

---

VIDEOTAPED DEPOSITION OF J. GLEN HOUSE, M.D.

May 3, 2010

---

DENICE D. FABRIZIUS and WILLIAM FABRIZIUS,

Plaintiffs,

vs.

KEITH R. SHULTZ, M.D.,

Defendant.

---

PURSUANT TO NOTICE, the videotaped deposition of J. GLEN HOUSE, M.D. was taken on behalf of the Plaintiffs pursuant to the Federal Rules of Civil Procedure, at 2222 North Nevada, Suite 5020, Colorado Springs, Colorado, this date at 1:16 p.m., before Cindy Elliott, Registered Professional Reporter, CSR and Notary Public.

RESLING REPORTING SERVICES

```
                                                                    1
                                                        FILED
                                                     BILLINGS DIV.

 1          IN THE UNITED STATES DISTRICT COURT  2010 MAY 18  AM 7 54

 2              FOR THE DISTRICT OF MONTANA      PATRICK E. DUFFY, CLERK

 3                    BILLINGS DISTRICT          BY _____
                                                      DEPUTY CLERK
 4              Cause Number 08-114-BLG-RFC

 5              Honorable Richard F. Cebull

 6   ---------------------------------------------------------

 7   DENICE D. FABRIZIUS and
     WILLIAM FABRIZIUS,
 8
                               Plaintiffs,
 9
            v.
10
     KEITH R. SHULTZ, M.D.,
11   YELLOWSTONE SURGERY CENTER,
     DOES I THROUGH X, and ROE
12   CORPORATIONS I THROUGH X, INCLUSIVE,

13                             Defendants.

14   ---------------------------------------------------------

15
                    DEPOSITION OF JEFF MCMENAMY
16                    Taken in behalf of Plaintiffs

17                      2:00 p.m., Tuesday
                        September 22, 2009
18

19

20          PURSUANT TO NOTICE, the deposition of Jeff

21   McMenamy was taken in accordance with the applicable Federal

22   Rules of Civil Procedure at 820 West Main Street, Riverton,

23   Wyoming, before Merrilyn Walz, a Registered Professional

24   Reporter and a Notary Public of the State of Wyoming.

25                         ORIGINAL
```

Merrilyn Walz, RPR
(307) 265-0543