UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **DENISE FABRIZIUS and** ) <br> **WILLIAM FABRIZIUS,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> **KEITH R. SHULTZ, M.D.,** ) <br> ) <br> Defendant. ) | CV-08-114-BLG-RFC <br><br> CLERK'S JUDGMENT |

_XX_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

JUDGMENT is entered in favor of defendant Keith R. Shultz, M.D. and against plaintiffs.

FILED and ENTERED this 19th day of May, 2010.

PATRICK E. DUFFY, CLERK OF COURT

By: */s/ Cheri Anderson*
  Deputy Clerk