**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BILLINGS DIVISION**

**Denice D. Fabrizius,**
**and William Fabrizius**                                              **CV-08-114-BLG-RFC**

          **Plaintiff,**

  vs.                                                                                    **JUDGMENT IN A CIVIL CASE**

**Yellowstone Surgery Center**

          **Defendant,**

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_**XX**\_ **Decision by Court.** This action came before the Court on motion, hearing, or determination on the record.  A decision has been rendered.

**Judgment is entered in accordance with the order filed on 1/4/2010 (doc 87) which states:** YSC's Motion for Summary Judgment regarding Negligence and Consortium Claims [*doc. #36*] is **GRANTED**.

    Dated this 20th day May, 2010.
                                       PATRICK E. DUFFY, CLERK

                                       By: /s/ Amanda Lambott
                                             Deputy Clerk